**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Mary H. & Tracy E. Eichhorn-Hicks,

       Plaintiffs,

             Civ. No. 11-692 (RHK/TNL)
             **ORDER**

v.

Steven T. Keane,

       Defendant.

---

  This matter is before the Court *sua sponte*.

  Defendant Steven T. Keane has moved to dismiss this action for lack of personal jurisdiction, noticing his Motion for a hearing before the undersigned on July 11, 2011. The Motion has been fully briefed, and having reviewed the parties' Motion papers, the Court does not believe that oral argument will materially assist its resolution of the Motion. Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** that the hearing on the Motion is **CANCELED**, and the Court will decide the Motion based on the written record. The Motion is deemed submitted as of June 20, 2011, the date of Plaintiffs' Opposition Memorandum (as Keane has not filed a reply brief).


Dated: July 6, 2011             s/ Richard H. Kyle
                    RICHARD H. KYLE
                    United States District Judge